

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2021

No. 04-21-00292-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

**C-5 HOLDINGS, LLC** and Stone Oak Storage Partners, Ltd.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23191
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
           Irene Rios, Justice
           Lori I. Valenzuela, Justice

Appellees' motion to dismiss is CARRIED WITH THE APPEAL.

It is so **ORDERED** on November 2, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT